

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Kevin Cooper Ross, Appellant

No. 06-14-00095-CV         v.

Tiffany McCrary, Appellee

Appeal from the County Court of Franklin County, Texas (Tr. Ct. No. 1969). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Kevin Cooper Ross, pay all costs of this appeal.

RENDERED APRIL 7, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk